UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY LEVELL TRAYLOR,
a/k/a "Vell,"

Defendant.
______________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Possession with Intent to Distribute Controlled Substances)

On or about November 19, 2025, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

GREGORY LEVELL TRAYLOR, a/k/a "Vell,"

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, at an apartment on Union Avenue in Benton Harbor, Michigan.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(i), (vi)

**COUNT 2**

(Possession with Intent to Distribute Controlled Substances)

On or about November 19, 2025, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

GREGORY LEVELL TRAYLOR, a/k/a "Vell,"

knowingly and intentionally possessed with intent to distribute N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, at a house on Lincoln Street in Benton Harbor, Michigan.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

VITO S. SOLITRO
Assistant United States Attorney